# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TUESDAY LYNCH,<br>Appellant,<br>vs.<br>RENO SUITES, INC.,<br>Respondent. | No. 84913<br><br>**FILED**<br><br>JUN 3 0 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY ___S.Young___<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order granting a motion to dismiss an appeal from Reno Justice Court. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

The district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, this court lacks jurisdiction over this appeal, and therefore

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Connie J. Steinheimer, District Judge
       Tuesday Lynch
       Hoy Chrissinger Vallas, PC
       Washoe District Court Clerk

22-20636